# EXHIBIT B

## In The Matter Of:
*Newell Rubbermaid, Inc. vs.*
*Lofts, LLC*

*Scott Bosgraaf*
*June 9, 2016*



**Bingham Farms/Southfield • Grand Rapids**
Ann Arbor • Detroit • Flint • Jackson • Lansing • Mt. Clemens • Saginaw

*Original File BOSGRAAF_SCOTT.txt*
*Min-U-Script® with Word Index*

## Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              WESTERN DISTRICT OF MICHIGAN
 3                    SOUTHERN DIVISION
 4
 5   NEWELL RUBBERMAID, INC.,       )
 6         Plaintiff/               )
 7         Counterdefendant,        )
 8      vs.                         )  No. 1:15-cv-00597-RJJ
 9   KIRSCH LOFTS, LLC,             )
10         Defendant/               )
11         Counterplaintiff.        )
12
13
14         The deposition of SCOTT BOSGRAAF, called
15   for examination pursuant to the Rules of Civil
16   Procedure for the United States District Courts
17   pertaining to the taking of depositions, at 233
18   South Wacker Drive, Suite 7500, Chicago, Illinois,
19   on June 9, 2016, at the hour of 9:14 a.m.
20
21
22
23
24   Reporter:  Kimberly D. Bures, CSR, RDR, CRR, CRC.
25   Illinois CSR License No.:   084-003292.
```

## Page 2

```
 1   APPEARANCES:
 2      BILA & ASSOCIATES, PLLC, by:
 3      MR. DENNIS W. BILA,
 4      321 Spring Street, Suite A,
 5      Harbor Springs, Michigan 49740,
 6      (231) 526-9678,
 7      bila@bilalaw.com,
 8          representing the plaintiff;
 9
10      SCHIFF HARDIN LLP, by:
11      MR. J. MICHAEL SHOWALTER, and
12      MR. JOSHUA R. MORE,
13      233 South Wacker Drive, Suite 6600,
14      Chicago, Illinois 60606,
15      (312) 320-0364,
16      mshowalter@schiffhardin.com,
17      jmore@schiffhardin.com,
18          representing the defendant.
19
20
21   ALSO PRESENT:
22      MR. CARL J. GABRIELSE.
23
24                  * * * * *
25
```

## Page 3

```
                      I N D E X
  WITNESS                                    EXAMINATION
  SCOTT BOSGRAAF
       By Mr. Showalter......................   5
```

## Page 4

```
                     E X H I B I T S
  NUMBER                                   MARKED FOR ID
  Deposition Exhibit
     Exhibit 57...Kirsch Lofts' Third......    5
                  Supplemental Rule
                  26(a)(1) Initial
                  Disclosure
     Exhibit 58...Kirsch Lofts'.............    8
                  investments in project
     Exhibit 59...Kirsch Lofts' project....   14
                  costs
     Exhibit 60...carrying costs for six...   19
                  years
     Exhibit 61...original construction....   28
                  schedule
     Exhibit 62...MEGA MBT application.....   34
     Exhibit 63...Kirsch sources and uses..   37
                  of funds
     Exhibit 64...Turner Building Cost.....   44
                  Index
     Exhibit 65...Kirsch work plan review..   51
                  documents
     Exhibit 66...Bosgraaf Phase 3.........   52
                  calculations
     Exhibit 67...Bosgraaf Phase 1.........   54
                  calculations
     Exhibit 68...Kirsch Lofts.............   54
                  first-floor commercial
                  drawing
     Exhibit 69...Kirsch Lofts site plan...   54
                  phases drawing
     Exhibit 70...Bosgraaf Commercial......   58
                  invoice dated 12/28/10
     Exhibit 71...Kirsch Lofts Bates.......   61
                  No. 001066
     Exhibit 72...9/12/08 letter from......   62
                  Warner Norcross & Judd
                  with attachments
     Exhibit 73...Brownfield...............   64
                  Redevelopment MBT
                  credit
     Exhibit 74...new market tax credit....   68
                  allocation
     Exhibit 75...letter from CapFund......   73
                  outlining allocation
                  and terms
```

### Page 57

1   MR. SHOWALTER: I want to talk about 59.
2   MR. BILA: That's what I'm saying. He'd rather
3   show you on 59 what has been incurred.
4   MR. SHOWALTER: Oh, that's fine.
5   MR. BILA: So you can rule out all that --
6   MR. SHOWALTER: Sure. That's fine, that's
7   fine. I'm sorry. I thought he was going to pull
8   another document. That's fine. Go ahead.
9   THE WITNESS: If we use Exhibit 58 -- stay on
10  the record. Just pause. If you look at an
11  invoice -- wrong invoice. Sorry. I suppose this
12  isn't a race. Is it?
13  MR. MORE: It is not.
14  MR. SHOWALTER: We're just trying to get the
15  correct and accurate testimony on the record.
16  THE WITNESS: If you go back to Exhibit 58 and
17  you look at the total selection of different
18  categories and the totals on their amount and you
19  look at the total for construction cost for invoice
20  dated December 28, 2010, for $800,107.20, if you
21  actually look at the invoice and read through the
22  detail, this is the only construction expenses so
23  far that actually have been incurred, but if you
24  look at the invoice, they really don't relate just
25  to one phase. They relate to all three phases, so

### Page 58

1   you -- a little bit of this would go in each one of
2   these columns from this invoice, and then --
3   MR. SHOWALTER: Let's mark this as an exhibit.
4   (Whereupon, Deposition
5   Exhibit 70 was marked for
6   identification as of 06/09/2016.)
7   THE WITNESS: And then if you look at -- oh,
8   let's take an item. If you look at DEQ loan and
9   grant, items on Exhibit 58 on here, if you just add
10  together DEQ loan and grant items, you've got a
11  roughly -- you want me use a calculator and be
12  precise or just give you an estimate?
13  BY MR. SHOWALTER:
14  Q.  Let's just do it generally.
15  A.  Let's just say it's a million three or
16  four. Those actually don't have any relation to
17  anything on this spreadsheet either because the
18  demolition in here was TIF-related demolition.
19  That's under this DEQ loan and grant.
20      What happened is we got into the building
21  and we started the process, and it kind of exploded
22  on how much demolition and how much lead and
23  asbestos issues we had, and then obviously it went
24  into the TCE issue where we had to do the vapor
25  barrier and other expenses, hence the loan and the

### Page 59

1   grant.
2       So the only things that have been turned
3   in so far against this million five plus the
4   contingency fee are the demolition Bosgraaf invoice
5   dated December 16, 2009, for roughly 460,646.64 and
6   the Bosgraaf invoice dated December 28, 2010 for
7   $433,960.47, and probably the Quality Environmental
8   for 41,180.
9       Those have been turned in and applied to
10  the demolition that's in this spreadsheet. That
11  can actually be accurately reflected in this
12  document that was produced in discovery where it
13  says that these were turned in to -- it doesn't say
14  to the ERA, but these were turned in to the Sturgis
15  ERA on 12/28/2010. These are costs that are not
16  related in any shape or form to the DEQ loan or
17  grant, and then also another number that was turned
18  in on 12/16/2009 to the Brownfield. Those have all
19  been certified, ratified and approved by the
20  Brownfield authority. That's where that number
21  applies to.
22  Q.  Okay.
23  A.  Now, there's more demo to do on the
24  project, yet I anticipate that we will hit this
25  number plus the contingency, which is like a

### Page 60

1   million eight and some change, plus the loan and
2   the grant functions.
3       So, in other words, this early estimate
4   was way off on what -- I mean, you guys keep
5   calling it demo, but it's -- you know, lead and
6   asbestos was one area. Selective demo was another
7   area. Due care activities under the loan were
8   another activity. They're all different things.
9       So maybe a better way to summarize it, if
10  you look at the historic tax credit that was
11  probably sent in in April or May of 2010, it
12  actually has a number on it that the budget now is
13  like a 12 million-plus number because it's bigger.
14  The building got bigger. The demolition costs
15  exploded.
16  Q.  Did you submit an application in 2010 for
17  tax credits?
18  A.  In when?
19  Q.  In 2010. Did you just testify that you
20  submitted an application in 2010 for tax credits?
21  A.  For historic tax credits. You have it. I
22  have it here if you'd like to see it.
23  Q.  Let's tag some documents here first.
24  A.  Okay.
25  Q.  Let's tag these -- is this the correct