

**BEA B200901411PL**

**STURGIS MUNICIPAL WELLS
308 N. PROSPECT STREET
STURGIS, MI 49091
PART 201 - ST. JOSEPH COUNTY
BEA COMPLETED 09/04/09**

BASELINE ENVIRONMENTAL ASSESSMENT
CONDUCTED PURSUANT TO SECTION 20126(1)(c)
OF 1994 PA 451, PART 201, AS AMENDED AND
THE RULES PROMULGATED THEREUNDER

for

308 NORTH PROSPECT STREET
Sturgis, Michigan

PREPARED FOR:
Kirsch Lofts LLC



September 4, 2009
Project No. 0481.02644.0



**ROSE & WESTRA, INC.**
ENVIRONMENTAL CONSULTANTS

4328 Three Mile Road, NW, Suite 200, Grand Rapids, MI 49534
Telephone 616.791.7100

## TABLE OF CONTENTS

Page

IDENTIFICATION OF AUTHOR AND DATE BEA
WAS CONDUCTED AND DATE BEA WAS COMPLETED ...................... 1

INTRODUCTION ...................................................... 2

PROPERTY DESCRIPTION & INTENDED HAZARDOUS SUBSTANCE USE ...... 4
    Property Description ............................................ 4
    Intended Hazardous Substance Use ................................ 4

KNOWN CONTAMINATION ........................................... 6
    Pathway Analysis .............................................. 6
    Prior Documentation of Contamination ............................ 6
    Sampling Methodology .......................................... 7
    Analytical Methods ............................................. 8
    Investigation Results ........................................... 8
    Abandoned Containers .......................................... 9
    Facility Status ................................................. 9

LIKELIHOOD OF OTHER CONTAMINATION ........................... 10

BEA RATIONALE AND CONCLUSIONS .............................. 11

REFERENCES ...................................................... 12

### List of Tables

Follows Page

Table 1 · Summary of Soil Analytical Data ............................... 12

### List of Figures

Follows Page

Figure 1 · Boring Location Plan ...................................... 12

i

TABLE OF CONTENTS (continued)

### List of Appendices

Appendix BEA-A · Company Profile and Resume of Environmental Professional

Appendix BEA-B · Phase I Environmental Site Assessment

Appendix BEA-C · Legal Description

Appendix BEA-D · ERE 2008 Phase II Documentation

Appendix BEA-E · 1988 & 1989 Sampling Documentation

## IDENTIFICATION OF AUTHOR AND DATE BEA
## WAS CONDUCTED AND DATE BEA WAS COMPLETED

This Baseline Environmental Assessment (BEA) was conducted on August 23, 2009 and completed on September 4, 2009 by Mr. Mark Westra of Rose & Westra, Inc. (R&W). Mr. Westra's resume and R&W's Company Profile are presented in Appendix BEA-A.


Mark A. Westra

# INTRODUCTION

Kirsch Lofts LLC purchased one parcel of real estate commonly known as 308 North Prospect Street, Sturgis, St. Joseph County, Michigan (the Property) on July 10, 2009. The City of Sturgis is located in the southwestern portion of Michigan's lower peninsula. The center of the City of Sturgis is approximately 3.0 miles north of the Michigan/Indiana border. The Property itself is located approximately three blocks east of M-66 (North Nottawa Street) and three blocks north of US-12 (East Chicago Road). North Prospect Street runs north-south. The Property is situated along the western side of Prospect Street immediately south of the Michigan Southern Railroad railroad right-of-way. Rose & Westra, Inc. (R&W) updated a prior Phase I Environmental Site Assessment (ESA) for the Property in July 2009. This ESA, which has been included in Appendix BEA-B, contains a Location Map as Figure 1. A legal description of the Property has been included as Appendix BEA-C.

Kirsch Lofts LLC intends to redevelop the Property for mixed commercial and residential use. These likely include apartments, commercial office space, and retail stores. Ancillary operations will include vehicle parking and a swimming pool. There is no planned use and/or storage of significant quantities of hazardous substances as defined by Rule 299.5901 of the Michigan Administrative Code.

While portions of the Property were formerly occupied by residential homes, the majority of the Property was part of the Kirsch Company Plant #1. Kirsch Company manufactured curtain rods, brackets, blinds, and related hardware. These operations included wood and metal working, degreasing, finishing, etc. Kirsch Company continued its operations on the Property until circa 1998. Soil and groundwater contamination associated with these historical operations is well documented.

Kirsch Lofts LLC retained R&W to prepare this BEA for the Property in accordance with Section 20126(1)(c) of the Michigan Natural Resources and Environmental Protection Act (NREPA). This BEA is intended to meet the standards for a Category 'N' BEA as presented in the *Instructions for Preparing and Disclosing Baseline Environmental Assessments and Section 7a Compliance Analyses to the Michigan Department of Environmental Quality and for Requesting Optional Determinations* issued by the Michigan Department of Environmental Quality (MDEQ), dated March 11, 1999. Category 'N' BEAs are appropriate for sites where no future significant hazardous substance use is anticipated.

This BEA consists of the following:

1. A July 10, 2009 Phase I ESA for the Property. This report was used to document the historical use of the Property as required by the MDEQ. A copy of this report is presented in Appendix BEA-B. The Phase I ESA is also intended to meet one of the requirements for Kirsch Lofts LLC to qualify for the Bonafide Prospective Purchaser liability protection under 42 U.S.C. §9607(r).

2. Compilation and evaluation of prior environmental testing performed on the Property.

3. Investigation into some areas known and suspected to have been affected by historical releases of hazardous substances. This included soil sampling and chemical analysis.

4. Interviews with Mr. Scott T. Bosgraaf, a representative of Kirsch Lofts LLC, to characterize the intended hazardous substance use.

Collection and analysis of soil samples from the Property confirmed releases of hazardous substances associated with the historical uses of the Property. The results of the sampling and chemical analyses confirm that the Property is a "Facility" as defined by Part 201 of the NREPA, as amended.

## PROPERTY DESCRIPTION & INTENDED HAZARDOUS SUBSTANCE USE

Kirsch Lofts LLC purchased the Property on July 10, 2009. Kirsch Lofts LLC intends to redevelop the Property for mixed commercial & residential use.

### Property Description

The Property is situated at the northwest corner of North Prospect and East Hatch Streets and is irregular in shape. The long axis runs east-west, parallel to Hatch Street. The total area of the Property is approximately 3.7 acres. The permanent parcel number (PPN) for the Property is 75-052-200-024-00. The Property is improved with two buildings, as well as asphalt parking areas, drives, and landscaping. The vacant manufacturing building is located on the eastern portion of the Property. The groundwater treatment building is located in the north-central portion of the Property. The groundwater treatment building houses equipment for the ongoing groundwater remediation for the Sturgis Municipal Well Field Superfund remediation (i.e., equipment to support an air stripping tower and associated air pollution control equipment).

The primary land use in the vicinity of the Property is residential with some commercial (contractor's office and yard) and light industrial (fuel distribution) along the eastern side of North Prospect Street.

Photographs of the Property have been included in Appendix M of the Phase I ESA which is found in Appendix BEA-B. The date of the photographs and the name of the photographer are presented on the photograph pages.

R&W did not identify any prior BEAs for the Property.

### Intended Hazardous Substance Use

Kirsch Lofts LLC intends to remodel the buildings for mixed commercial & residential use. Kirsch Lofts LLC has not identified all future tenants; however, based on its intended redevelopment, there is no reason to believe there will be material use or storage of hazardous substances or petroleum products. While the construction and maintenance of the building will involve the transient use of hazardous substances (paints, oils, etc.), such use will be similar to residential or commercial office construction and, therefore, will not result in significant hazardous substance use as defined by Part 201.

Significant hazardous substance use refers to the use, storage, handling or management, at any time, of hazardous substances in quantities that exceed those commonly used for typical residential or office purposes. Rule 901(o) states that this does not include gasoline,

oil, or other vehicle fluids that are contained in vehicles traversing or parked at a property on a short-term basis.  Therefore, this BEA is being conducted as Category 'N'.

Note that while Kirsch Lofts LLC and its tenants will not use or store significant quantities of hazardous substances or petroleum products, such products may be used to maintain the groundwater extraction and treatment system located on the Property. These activities are allowed per an easement in favor of Kirsch, Inc. a potentially responsible party (PRP) responsible for remediation of the Sturgis Well Field National Priority List (NPL) contamination.  Note that Kirsch Lofts LLC has no affiliation, contract, or ownership in common with Kirsch, Inc.  Kirsch Lofts LLC does not derive any financial benefit from these activities and has no control over these activities, therefore, the use of any hazardous substances by Kirsch, Inc., for the remedial actions on the Property is not considered in this BEA.

# KNOWN CONTAMINATION

This section of the BEA has been prepared to document the existence of soil contamination at the Property above the Part 201 Generic Residential Cleanup Criteria (GRCC) as established by the MDEQ. The Chemical Abstract Service (CAS) numbers for all identified contaminants are presented on the data summary tables.

## Pathway Analysis

The drinking water protection (DWP), groundwater contact protection (GCP), soil volatilization to indoor air inhalation (SVIAI), particulate soil inhalation (PSI), and direct contact (DC) exposure pathways are all applicable, relevant, and either complete or potentially complete. Based on the depth to groundwater and distance to the downgradient nearest surface water body, it is unlikely that the groundwater-surface water interface and protection of the groundwater-surface water interface pathways are complete. Therefore, these are not considered in this BEA.

## Prior Documentation of Contamination

As part of the Phase I ESA R&W viewed the Superfund files maintained at the Sturgis Public Library (Sturgis, Michigan). These files indicated that the operations on the Property were formerly known as Wilhem Furniture Company and Royal Easy (chair company). Soil gas sampling conducted in 1988 and 1989 identified concentrations of TCE, PCE, and their breakdown components on the Property. These detections were along the northern Property boundary and south of the southern wing of the manufacturing building. Since these samples were taken nearly 20 years ago and there are no enforceable cleanup criteria for soil gas, these are presented only for background information and are not being used to document the current condition of the Property or to demonstrate that it is a "facility".

Two groundwater monitoring wells were installed on the Property for the Superfund investigation. Concentrations of solvents in the groundwater have been decreasing for over the last ten years due to the capture and treatment system. Soil samples were taken during the installation of these wells. Boring logs, a map, and analytical results for these samples are also presented in Appendix BEA-E. The results confirm the presence of chlorinated solvents in soil in the courtyard portion of the Property. ERE (2008) reported that soil vapor extraction was performed in this area to remove most of the solvent contamination. As in the case of the soil gas data, the groundwater data is provided for background information only.

In August 2008, ERE reportedly collected 14 soil samples (one from each boring) performed at the Property. (Refer to Appendix BEA-D for a data summary table and sample location map). Six samples were selected for VOC testing, four for PNA testing, and three for the RCRA 8 metals testing (arsenic, barium, cadmium, chromium, lead, mercury, selenium, and silver), and two were tested for arsenic and chromium only (one sample was analyzed for both VOCs and metals). Arsenic, benzo(a)fluoranthene, benzo(a)pyrene, dibenzo(ah)anthracene, and indeno(1,2,3-cd)pyrene were identified above DC as well as phenanthrene, tetrachloroethene, and trichloroethene (TCE) above DWP. Given the relative recent sampling, the concentrations found, the slow degradation/migration rates of these compounds, R&W believes these samples reasonably characterize the Property at the date of transfer and therefore do demonstrate the Property is a "facility".

## Sampling Methodology

On November 6, 2008, R&W performed soil sampling at the Property. The purpose of this investigation was to confirm or refute the presence of TCE in soil at concentrations above SVIAI near ERE boring SB-11 and to assess if TCE, PCE, or other VOCs were present in the vicinity of ERE boring SB-11 and former lacquer and paint storage areas.

B.E.S.T. Environmental Drilling of Okemos, Michigan performed the drilling. B.E.S.T. used a Simco Earthprobe 200 direct push drilling rig to complete the drilling inside the building and two of the exterior borings (GP-12 and GP-13) and a Geoprobe 6600 direct-push drilling rig to complete SB-14 (where no sample was collected for chemical analysis). Drilling was completed by continuously advancing two-inch-diameter Macro-core® samplers from the ground surface. Recovered soil was field screened using a MiniRAE 2000 Photo-ionization Detector (PID) for the presence of volatile organic compounds (VOCs).

Ten soil borings were advanced up to 29 feet (ft) to facilitate the collection of soil samples for chemical analyses. Seven borings (GP-1, GP-2, GP-3, GP-4, GP-7, GP-8, and GP-10) were located in the manufacturing building and three borings (GP-12, GP-13, and GP-14) were located in a courtyard between the wings of the manufacturing building. Refer to Figure 1 for the boring locations and Appendix G of the Phase I ESA for the boring logs.

The PID detected VOCs in borings GP-2, GP-3, GP-7, GP-8, GP-10, GP-12 and GP-14. Soil samples were collected from depths where the PID detected the presence of VOCs, from soil exhibiting visual evidence of potential contamination, or from soil where contamination might occur. No samples for chemical analyses were collected from GP-14.

Sample containers were labeled and placed in a chilled cooler under chain-of-custody procedures. Samples were taken to Bio-Chem Environmental Analytical Laboratory

(Bio-Chem) in Grand Rapids, Michigan for chemical analysis. Ten soil samples were analyzed for VOCs, semivolatile organic compounds (SVOCs), and Michigan 18 heavy metals (antimony, arsenic, barium, beryllium, cadmium, chromium cobalt, copper, iron, fine and coarse lead fraction, mercury, molybdenum, nickel, selenium, silver, thallium, vanadium and zinc). Aliquots collected for VOC analyses were field preserved with methanol.

Upon completion, borings were backfilled with a mixture of soil cuttings and Hole Plug® bentonite. All down-hole tools were decontaminated using Liquinox and water wash followed by water rinse. Soil borings were located relative to the building on the Property.

### Analytical Methods

The analytes and method references utilized by Bio-Chem are presented on the laboratory reports included in Appendix J of the Phase I ESA.

### Investigation Results

Soils encountered during the drilling were typically fill soil (typically sand or sand containing ashes, brick fragments, cinders, glass fragments, or concrete fragments), up to 5.2 ft thick (GP-10) overlying fine to coarse sand and gravels. Silty clay was encountered in borings GP-1 (4.7-12.0 ft), GP-2 (3.0-4.3 ft), and GP-8 (2.7-3.2 ft). Groundwater was not encountered in any boring.

TCE was detected above DWP in samples collected from GP-1 (110 µg/kg), GP-3 (2,600 µg/kg), GP-4 (1,600 µg/kg), GP-7 (1,000 µg/kg), and GP-8 (1,600 µg/kg), GP-12 (6,300 µg/kg) and GP-13 (5,100 µg/kg). TCE was not encountered at concentrations above SVIAI in any boring, including GP-12 and GP-13 which were performed in close proximity ERE boring SB-11 where soil reportedly did contain TCE above SVIAI.

Tetrachloroethylene was detected above DWP in samples collected from borings GP-12 (300 µg/kg) and GP-13 (280 µg/kg).

Semivolatile organic compounds were detected in the sample collected at GP-12. All SVOCs were detected below the GRCC for DC and DWP.

Iron was detected at a concentration of 13,000,000 µg/kg in the samples from collected from GP-1 and GP-3, above it's GRCC for DWP.

**Abandoned Containers**

No abandoned ASTs, USTs, or abandoned or discarded barrels, containers, or other receptacles containing hazardous substances have been identified on the Property. Boiler treatment chemicals described in the Phase I were removed prior to the date this BEA was completed.

**Facility Status**

The presence of arsenic, benzo(a)fluoranthene, benzo(a)pyrene, dibenzo(ah)anthracene, and indeno(1,2,3-cd)pyrene, iron, phenanthrene, PCE, and TCE in soil above their respective GRCC for DC and/or DWP document that the Property is a "facility" as defined by MCL.20101(o).

## LIKELIHOOD OF OTHER CONTAMINATION

Given the long history of manufacturing including coating (painting), chromating, and metal operations at the Property, other metals, solvents, oils, and paint constituents could be present on the Property. ERE identified acenapthalene, fluoranthene, fluorene, naphthalene, and selenium above the GRCC for protection of the groundwater surface water interface criteria. Similarly, R&W identified copper, fluoranthene, mercury, phenanthrene, selenium, and zinc above the GRCC for protection of the groundwater surface water interface criteria. While R&W believes it is unlikely that this exposure pathway is complete, it is possible that higher concentrations of these hazardous substances may be present on the Property. Other hazardous substances were also detected in soil (refer to Table 1 and Appendix J of the Phase I ESA), these compounds could also be present in soil at concentrations above GRCC in other locations.

Since a limited number of samples were collected at the Property and only a limited number of compounds were measured by the laboratory, the soil and groundwater testing conducted may not have identified all areas of contamination or all hazardous substances at the Property. Therefore, R&W cannot rule out the presence of other hazardous substances on the Property or the presence of those compounds measured at other locations on the Property. Since no significant future use of hazardous substances is planned, the presence of other hazardous substances would not affect the basis of this BEA.

## BEA RATIONALE AND CONCLUSIONS

The presence of arsenic, benzo(a)fluoranthene, benzo(a)pyrene, dibenzo(ah)anthracene, and indeno(1,2,3-cd)pyrene, iron, phenanthrene, PCE, and TCE in soil above their respective GRCC for DC and/or DWP document that the Property is a "facility" as defined by MCL.20101(o).

Kirsch Lofts LLC intends redevelop the Property for mixed commercial and residential use. Therefore, this BEA was prepared using Category 'N' standards. There will be no significant hazardous substance use at the Property, and this is the basis for being able to distinguish existing contamination from a new release.

# REFERENCES

Bio-Chem Environmental Analytical Laboratories. November 14, 2008. *Analytical Results (Order No. 0811047)*. Grand Rapids, Michigan.

Bosgraaf, S. 2009. Personal Communication. Grand Haven, Michigan.

Michigan Department of Environmental Quality. December 21, 2002. *Administrative Rules for Part 201 Environmental Remediation of the Natural Resources and Environmental Protection Act*. Remediation and Redevelopment Division. Lansing, Michigan.

Michigan Department of Environmental Quality. 1999. *Instructions for Preparing and Disclosing Baseline Environmental Assessments and Section 7a Compliance Analyses to the Michigan Department of Environmental Quality and for Requesting Optional Determinations*. Environmental Response Division. Lansing, Michigan.

Rose & Westra, Inc. July 10, 2009. *Phase I Environmental Site Assessment, 308 North Prospect Street and 415 East Main Street, Sturgis, St. Joseph County, Michigan*. Sturgis, Michigan.

State of Michigan. 1995. *Natural Resources and Environmental Protection Act*. Lansing, Michigan.

**ANALYTICAL DATA**
Street
an

| | Soil Samples | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| GP-1 | GP-1 | GP-2 | GP-3 | GP-4 | GP-7 | GP-8 | GP-10 | GP-12 | GP-13 |
| 4.9-5.4 ft | 13.2-13..9 ft. | 2.5-3.0 ft. | 4.0-4.7 ft. | 1.5-2.7 ft. | 2.5-3.0 ft. | 6.7-7.2 ft. | 5.4-6.1 ft. | 2.3-2.5 ft. | 1.0-1.5 ft. |
| 11/6/2008 | 11/6/2008 | 11/6/2008 | 11/6/2008 | 11/6/2008 | 11/6/2008 | 11/6/2008 | 11/6/2008 | 11/6/2008 | 11/6/2008 |
| <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 |
| <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 |
| <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 |
| <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 |
| <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 |
| <330 | <330 | <330 | <330 | <330 | <330 | <330 | <330 | <330 | <330 |
| <50 | <50 | 93 | <50 | <50 | <50 | <50 | <50 | <50 | 73 |
| <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 |
| <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 |
| <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 |
| <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 |
| <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 |
| <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 |
| <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 |
| <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 |
| <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 |
| <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 |
| <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 |
| <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 |
| <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 |
| <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 |
| <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 |
| <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 |
| <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 |
| <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 |
| <250 | <250 | <250 | <250 | <250 | <250 | <250 | <250 | <250 | <250 |
| <100 | <100 | <100 | <100 | <100 | 60 | <100 | <100 | 300 | 280 |
| <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 |
| <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 |
| 110 | <50 | 100 | 2600 | 1600 | 1000 | 1600 | 86 | 6300 | 5100 |
| <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 | <50 |
| <40 | <40 | <40 | <40 | <40 | <40 | <40 | <40 | <40 | <40 |
| <150 | <150 | <150 | <150 | <150 | <150 | <150 | <150 | <150 | 213 |
| <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | <330 | <330 |
| <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | <330 | <330 |
| <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | <830 | <330 |
| <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | <830 | <330 |
| <830 | <830 | <830 | <830 | <830 | <830 | <830 | NT | <830 | <830 |
| <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | <330 | <330 |
| <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | <330 | <330 |
| <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | <330 | <330 |
| <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | 440 | <330 |
| <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | <330 | <330 |
| <830 | <830 | <830 | <830 | <830 | <830 | <830 | NT | <830 | <830 |
| <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | <330 | <330 |
| <2000 | <2000 | <2000 | <2000 | <2000 | <2000 | <2000 | NT | <2000 | <2000 |
| <830 | <830 | <830 | <830 | <830 | <830 | <830 | NT | <830 | <830 |
| <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | <330 | <330 |
| <280 | <280 | <280 | <280 | <280 | <280 | <280 | NT | <280 | <280 |
| <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | <330 | <330 |
| <830 | <830 | <830 | <830 | <830 | <830 | <830 | NT | <830 | <830 |
| <830 | <830 | <830 | <830 | <830 | <830 | <830 | NT | <830 | <830 |
| <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | 1300 | <330 |
| <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | <330 | <330 |
| <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | 3100 | <330 |
| <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | 5100 | <330 |
| <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | 3600 | <330 |
| <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | 5000 | <330 |
| <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | 2100 | <330 |
| <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | 2200 | <330 |
| <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | <330 | <330 |

TABLE 1: SUMMARY OF S...
308 North Pr...
Sturgi...

| Hazardous Substance Information | | | Groundwater Protection | | | Indoor Air | Ambient Air (Y) | Direct Contact | |
|---|---|---|---|---|---|---|---|---|---|
| Hazardous Substance | Chemical Abstract Service (CAS) Number | Statewide Default Background Levels (SDBL) | Residential Drinking Water Protection Criteria (DWPC) | Groundwater Surface Water Interface Protection Criteria (GSIC) | Groundwater Contact Protection Criteria (GCPC) | Soil Volatilization to Indoor Air Inhalation Criteria (SVIAC) | Infinite Source Volatile Soil Inhalation Criteria (VSIC) | Direct Contact Criteria (DCC) | Soil Satur Concentra Screeni Levels (CS |
| 1,1,1-Trichloroethane | 71556 | NA | 4,000 | 4,000 | 4.6E+5 (C) | 2.5E+5 | 3.8E+6 | 4.6E+5 (C) | 4.6E+ |
| 1,1,2,2-Tetrachloroethane | 79345 | NA | 170 | 1,600 (X) | 94,000 | 4,300 | 10,000 | 53,000 | 8.7E+ |
| 1,1,2-Trichloroethane | 79005 | NA | 100 | 6,600 (X) | 4.2E+5 | 4,600 | 17,000 | 1.8E+5 | 9.2E+ |
| 1,1-Dichloroethane | 75343 | NA | 18,000 | 15,000 | 8.9E+5 (X) | 2.3E+5 | 2.1E+6 | 8.9E+5 (C) | 8.9E+ |
| 1,1-Dichloroethylene (I) | 75354 | NA | 140 | 1,300 (X) | 2.2E+5 | 62 | 1,100 | 2.0E+5 | 5.7E+ |
| 1,2,4-Trichlorobenzene | 120821 | NA | 4,200 | 1,800 | 1.1E+6 | 1.1E+6 (C) | 2.8E+7 | 9.9E+5 (DD) | 1.1E+ |
| 1,2,4-Trimethylbenzene (I) | 95636 | NA | 2,100 | 570 | 1.1E+5 (C) | 1.1E+5 (C) | 2.1E+7 | 1.1E+5 (C) | 1.1E+ |
| Ethylene dibromide | 106934 | NA | 20 (M) | 20 (M) | 500 | 670 | 1,700 | 92 | 8.9E+ |
| 1,2-Dichlorobenzene | 95501 | NA | 14,000 | 360 | 2.1E+5 (C) | 2.1E+5 (C) | 3.9E+7 | 2.1E+5 (C) | 2.1E+ |
| 1,2-Dichloroethane (I) | 107062 | NA | 100 | 7,200 (X) | 3.8E+5 | 2,100 | 8,200 | 91,000 | 1.2E+ |
| 1,2-Dichloropropane (I) | 78875 | NA | 100 | 5,800 (X) | 3.2E+5 | 4,000 | 25,000 | 1.4E+5 | 5.5E+ |
| 1,3,5-Trimethylbenzene (I) | 108678 | NA | 1,800 | 1,100 | 94,000 (C) | 94,000 (C) | 1.6E+7 | 94,000 (C) | 94,00 |
| 1,3-Dichlorobenzene | 541731 | NA | 170 | 1,100 | 51,000 | ID | ID | 1.7E+5 (C) | 1.7E+ |
| 1,4-Dichlorobenzene | 106467 | NA | 1,700 | 290 | 1.4E+5 | 19,000 | 77,000 | 4.0E+5 | NA |
| Benzene (I) | 71432 | NA | 100 | 4,000 (X) | 2.2E+5 | 1,600 | 13,000 | 1.8E+5 | 4.0E+ |
| Bromodichloromethane | 75274 | NA | 1,600 (W) | ID | 2.8E+5 | 1,200 | 9,100 | 1.1E+5 | 1.5E+ |
| Bromoform | 75252 | NA | 1,600 (W) | ID | 8.7E+5 (C) | 1.5E+5 | 9.0E+5 | 8.2E+5 | 8.7E+ |
| Bromomethane | 74839 | NA | 200 | 700 | 1.4E+6 | 860 | 11,000 | 3.2E+5 | 2.2E+ |
| Carbon tetrachloride | 56235 | NA | 100 | 900 (X) | 92,000 | 190 | 3,500 | 96,000 | 3.9E+ |
| Chlorobenzene | 108907 | NA | 2,000 | 940 | 2.6E+5 (C) | 1.2E+5 | 7.7E+5 | 2.6E+5 (C) | 2.6E+ |
| Chloroethane | 75003 | NA | 8,600 | ID | 9.5E+5 (C) | 9.5E+5 (C) | 3.0E+7 | 9.5E+5 (C) | 9.5E+ |
| Chloroform | 67663 | NA | 1,600 (W) | 3,400 (X) | 1.5E+6 (C) | 7,200 | 45,000 | 1.2E+6 | 1.5E+ |
| Chloromethane (I) | 74873 | NA | 5,200 | ID | 1.1E+6 (C) | 2,300 | 40,000 | 1.1E+6 (C) | 1.1E+ |
| cis-1,2-Dichloroethylene | 156592 | NA | 1,400 | 12,000 | 6.4E+5 (C) | 22,000 | 1.8E+5 | 6.4E+5 (C) | 6.4E+ |
| cis-1,3-Dichloropropene | 10061015 | NA | NA | NA | NA | NA | NA | NA | NA |
| Dibromochloromethane | 124481 | NA | 1,600 (W) | ID | 3.6E+5 | 3,900 | 24,000 | 1.1E+5 | 6.1E+ |
| Ethylbenzene (I) | 100414 | NA | 1,500 | 360 | 1.4E+5 (C) | 87,000 | 7.2E+5 | 1.4E+5 (C) | 1.4E+ |
| Methyl-tert-butyl ether (MTBE) | 1634044 | NA | 800 | 15,000 (X) | 5.9E+6 (C) | 5.9E+6 (C) | 2.5E+7 | 1.5E+8 | 5.9E+ |
| Methylene chloride | 75092 | NA | 100 | 19,000 (X) | 2.3E+6 (C) | 45,000 | 2.1E+5 | 1.3E+6 | 2. E |
| Tetrachloroethylene | 127184 | NA | 100 | 900 (X) | 88,000 (C) | 11,000 | 1.8E+5 | 88,000 (C) |  |
| Toluene (I) | 108883 | NA | 16,000 | 2,800 | 2.5E+5 (C) | 2.5E+5 (C) | 2.8E+8 | 2.5E+5 (C) | 2. 5 |
| trans-1,2-Dichloroethene | 156605 | NA | 2,000 | 30,000 | 1.4E+8 (C) | 23,000 | 2.8E+5 | 1.4E+8 (C) | 1.4E+ |
| trans-1,3-Dichloropropene | 10061026 | NA | NA | NA | NA | NA | NA | NA | NA |
| Trichloroethylene | 79016 | NA | 100 | 4,000 (X) | 4.4E+5 | 7,100 | 78,000 | 5.0E+5 (C,DD) | 5.0E+ |
| Trichlorofluoromethane | 75694 | NA | 52,000 | NA | 5.6E+5 (C) | 5.6E+5 (C) | 9.2E+7 | 5.6E+5 (C) | 5.6E+ |
| Vinyl chloride | 75014 | NA | 40 | 300 | 20,000 | 270 | 4,200 | 3,800 | 4.9E+ |
| Xylenes (I) | 1330207 | NA | 5,600 | 700 | 1.5E+5 (C) | 1.5E+5 (C) | 4.6E+7 | 1.5E+5 (C) | 1.5E+ |
| 2,4,5-Trichlorophenol | 95954 | NA | 39,000 | NA | 9.1E+6 | NLV | NLV | 2.3E+7 | NA |
| 2,4,6-Trichlorophenol | 88062 | NA | 2,400 | NA | 2.0E+5 | NLV | NLV | 7.1E+5 | NA |
| 2,4-Dichlorophenol | 120832 | NA | 1,500 | 380 | 9.6E+5 | NLV | NLV | 6.6E+5 (DD) | 1.8E+ |
| 2,4-Dimethylphenol | 105879 | NA | 7,400 | 7,600 | 1.0E+7 | NLV | NLV | 1.1E+7 | NA |
| 2,4-Dinitrophenol | 51285 | NA | NA | NA | NA | NA | NA | NA | NA |
| 2,4-Dinitrotoluene | 121142 | NA | 430 | NA | 1.7E+5 | NLV | NLV | 48,000 | NA |
| 2,6-Dinitrotoluene | 606202 | NA | NA | NA | NA | NA | NA | NA | NA |
| 2-Chlorophenol | 95578 | NA | 900 | 440 | 1.9E+6 | ID | ID | 1.4E+6 | 1.9E+ |
| 2-Methylnaphthalene | 91576 | NA | 57,000 | ID | 5.5E+6 | ID | ID | 8.1E+6 | NA |
| 2-Methylphenol | 95487 | NA | NA | NA | NA | NA | NA | NA | NA |
| 2-Nitroaniline | 88744 | NA | NA | NA | NA | NA | NA | NA | NA |
| 2-Nitrophenol | 88755 | NA | 400 | ID | 1.6E+6 | NLV | NLV | 6.3E+5 | NA |
| 3,3'-Dichlorobenzidine | 91941 | NA | 2,000 (M) | 2,000 (M,X) | 4,600 | NLV | NLV | 6,600 | NA |
| 3-Nitroaniline | 99092 | NA | NA | NA | NA | NA | NA | NA | NA |
| 4-Bromophenyl phenyl ether | 101553 | NA | NA | NA | NA | NA | NA | NA | NA |
| 4-Chloro-3-methylphenol | 59507 | NA | 5,800 | 280 | 3.0E+6 | NLV | NLV | 4.5E+6 | NA |
| 4-Chloroaniline | 106478 | NA | NA | NA | NA | NA | NA | NA | NA |
| 4-Nitroaniline | 100016 | NA | NA | NA | NA | NA | NA | NA | NA |
| 4-Nitrophenol | 100027 | NA | NA | NA | NA | NA | NA | NA | NA |
| Acenaphthene | 83329 | NA | 3.0E+5 | 4,400 | 9.7E+5 | 1.9E+8 | 8.1E+7 | 4.1E+7 | NA |
| Acenaphthylene | 208968 | NA | 5,900 | ID | 4.4E+5 | 1.6E+6 | 2.2E+6 | 1.6E+6 | NA |
| Anthracene | 120127 | NA | 41,000 | ID | 41,000 | 1.0E+9 (D) | 1.4E+9 | 2.3E+6 | NA |
| Benzo[a]anthracene (Q) | 56553 | NA | NLL | NLL | NLL | NLV | NLV | 20,000 | NA |
| Benzo[a]pyrene (Q) | 50328 | NA | NLL | NLL | NLL | NLV | NLV | 2,000 | NA |
| Benzo[b]fluoranthene (Q) | 205992 | NA | NLL | NLL | NLL | ID | ID | 20,000 | NA |
| Benzo[g,h,i]perylene | 191242 | NA | NLL | NLL | NLL | NLV | NLV | 2.5E+6 | NA |
| Benzo[k]fluoranthene (Q) | 207089 | NA | NLL | NLL | NLL | NLV | NLV | 2.0E+5 | NA |
| Bis(2-chloroethoxy)methane | 111911 | NA | NA | NA | NA | NA | NA | NA | |

(Row labels at left margin, rotated: Volatile Organic Compounds, Semivolatile Compounds)

TABLE 1: SUMMAI
308 No
Sto

| | Hazardous Substance Information | | | Groundwater Protection | | | Indoor Air | Ambient Air (Y) | Direc |
|---|---|---|---|---|---|---|---|---|---|
| | Hazardous Substance | Chemical Abstract Service (CAS) Number | Statewide Default Background Levels (SDBL) | Residential Drinking Water Protection Criteria (DWPC) | Groundwater Surface Water Interface Protection Criteria (GSIC) | Groundwater Contact Protection Criteria (GCPC) | Soil Volatilization to Indoor Air Inhalation Criteria (SVIAC) | Infinite Source Volatile Soil Inhalation Criteria (VSIC) | Direct Contact Criteria (DCC) |
| Semivolatile Compounds | bis(2-Chloroethyl)ether (I) | 111444 | NA | 100 | 300 | 1.1E+5 | 8,300 | 3,800 | 13,000 |
| | bis(2-Ethylhexyl)phthalate | 117817 | NA | NLL | NLL | NLL | NLV | NLV | 2.8E+6 |
| | Butyl benzyl phthalate | 85687 | NA | 3.1E+5 (C) | 26,000 (X) | 3.1E+5 (C) | NLV | NLV | 3.1E+5 (C) |
| | Chrysene (Q) | 218019 | NA | NLL | NLL | NLL | ID | ID | 2.0E+6 |
| | Dibenzo(a,h)anthracene (Q) | 53703 | NA | NLL | NLL | NLL | NLV | NLV | 2,000 |
| | Dibenzofuran | 132649 | NA | ID | 1,700 | ID | ID | ID | ID |
| | Diethyl phthalate | 84662 | NA | 1.1E+5 | 2,200 | 7.4E+5 (C) | NLV | NLV | 7.4E+5 (C) |
| | Dimethyl phthalate | 131113 | NA | 7.9E+5 (C) | NA | 7.9E+5 (C) | NLV | NLV | 7.9E+5 (C) |
| | Di-n-butyl phthalate | 84742 | NA | 7.6E+5 (C) | 11,000 | 7.6E+5 (C) | NLV | NLV | 7.6E+5 (C) |
| | Di-n-octyl phthalate | 117840 | NA | 1.0E+8 | ID | 1.4E+8 (C) | NLV | NLV | 6.9E+6 |
| | Fluoranthene | 206440 | NA | 7.3E+5 | 5,500 | 7.3E+5 | 1.0E+9 (D) | 7.4E+8 | 4.6E+7 |
| | Fluorene | 86737 | NA | 3.9E+5 | 5,300 | 8.9E+5 | 5.8E+8 | 1.3E+8 | 2.7E+7 |
| | Hexachlorobenzene (C-66) | 118741 | NA | 1,800 | 350 | 8,200 | 41,000 | 17,000 | 8,900 |
| | Hexachlorobutadiene (C-46) | 87683 | NA | 26,000 | 91 | 3.5E+5 (C) | 1.3E+5 | 1.3E+5 | 1.0E+5 |
| | Hexachlorocyclopentadiene (C-56) | 77474 | NA | 3.2E+5 | ID | 7.2E+5 (G) | 30,000 | 50,000 | 7.2E+5 (C) |
| | Hexachloroethane | 67721 | NA | 430 | 1,800 (X) | 1.1E+5 | 40,000 | 5.5E+5 | 2.3E+5 |
| | Indeno(1,2,3-cd)pyrene (Q) | 193395 | NA | NLL | NLL | NLL | NLV | NLV | 20,000 |
| | Isophorone | 78591 | NA | 15,000 | 11,000 (X) | 2.4E+6 (C) | NLV | NLV | 2.4E+6 (C) |
| | Naphthalene | 91203 | NA | 35,000 | 870 | 2.1E+6 | 2.5E+5 | 3.0E+5 | 1.6E+7 |
| | Nitrobenzene (I) | 98953 | NA | 330 (M) | 3,600 (X) | 2.2E+5 | 91,000 | 54,000 | 1.0E+5 |
| | n-Nitroso-di-n-propylamine | 621647 | NA | 330 (M) | NA | 7,200 | NLV | NLV | 1,200 |
| | N-Nitrosodiphenylamine | 86306 | NA | 5,400 | NA | 7.0E+5 | NLV | NLV | 1.7E+6 |
| | Pentachlorophenol | 87865 | NA | 22 | 27,000 (G,X) | 4,300 | NLV | NLV | 90,000 |
| | Phenanthrene | 85018 | NA | 56,000 | 5,300 | 1.1E+6 | 2.8E+6 | 1.6E+5 | 1.6E+6 |
| | Phenol | 108952 | NA | 88,000 | 4,200 | 1.2E+7 (C) | NLV | NLV | 1.2E+7 (C,DD) |
| | Pyrene | 129000 | NA | 4.8E+5 | ID | 4.8E+5 | 1.0E+9 (D) | 6.5E+8 | 2.9E+7 |
| Table 3 Metals (Michigan 18) | Antimony | 7440360 | NA | 4,300 | 94,000 | 4.9E+7 | NLV | NLV | 1.8E+5 |
| | Arsenic (B) | 7440382 | 5,800 | 4,600 | 70,000 (X) | 2.0E+6 | NLV | NLV | 7,600 |
| | Barium (B) | 7440393 | 75,000 | 1.3E+6 | 4.4E+5 (G,X) | 1.0E+9 (D) | NLV | NLV | 3.7E+7 |
| | Beryllium | 7440417 | NA | 51,000 | 84,000 (G) | 1.0E+9 (D) | NLV | NLV | 4.1E+5 |
| | Cadmium (B) | 7440439 | 1,200 | 6,000 | 3,600 (G,X) | 2.3E+8 | NLV | NLV | 5.5E+5 |
| | Chromium (total) (B,H) | Varies | 18,000 (total) | 30,000 | 3,300 | 1.4E+8 | NLV | NLV | 2.5E+6 |
| | Cobalt | 7440484 | 6,800 | 800 | 2,000 | 4.8E+7 | NLV | NLV | 2.6E+6 |
| | Copper (B) | 7440508 | 32,000 | 5.8E+6 | 73,000 (G) | 1.0E+9 (D) | NLV | NLV | 2.0E+7 |
| | Iron (B) | 7439896 | 1.2E+7 | 6,000 | NA | 1.0E+9 (D) | NLV | NLV | 1.6E+8 |
| | Lead (B) - Total | 7439921 | 21,000 | 7.0E+5 | 2.8E+6 (G,X) | ID | NLV | NLV | NA |
| | Mercury (total) (B,Z) | 7439976 | 130 | 1,700 | 50 (M) | 47,000 | 48,000 | 52,000 | 1.6E+5 |
| | Molybdenum (B) | 7439987 | NA | 1,500 | 16,000 (X) | 1.9E+7 | NLV | NLV | 2.6E+6 |
| | Nickel (B) | 7440020 | 20,000 | 1.0E+5 | 76,000 (X) | 1.0E+9 (D) | NLV | NLV | 4.0E+7 |
| | Selenium (B) | 7782492 | 410 | 4,000 | 400 | 7.8E+7 | NLV | NLV | 2.6E+6 |
| | Silver (B) | 7440224 | 1,000 | 4,500 | 100 (M) | 2.0E+8 | NLV | NLV | 2.5E+6 |
| | Thallium (B) | 7440280 | NA | 2,300 | 4,200 (X) | 1.5E+7 | NLV | NLV | 35,000 |
| | Vanadium | 7440622 | NA | 72,000 | 1.9E+5 | 1.0E+9 (D) | NLV | NLV | 7.5E+5 (DD) |
| | Zinc (B) | 7440666 | 47,000 | 2.4E+6 | 1.7E+5 (G) | 1.0E+9 (D) | NLV | NLV | 1.7E+8 |

F SOIL ANALYTICAL DATA
rospect Street
Michigan

| t | Soil Samples | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Saturation | GP-1 | GP-1 | GP-2 | GP-3 | GP-4 | GP-7 | GP-8 | GP-10 | GP-12 | GP-13 |
| centration reening | 4.9-5.4 ft | 13.2-13..9 ft. | 2.5-3.0 ft. | 4.0-4.7 ft. | 1.5-2.7 ft. | 2.5-3.0 ft. | 6.7-7.2 ft. | 5.4-6.1 ft. | 2.3-2.5 ft. | 1.0-1.5 ft. |
| is (CSAT) | 11/6/2008 | 11/6/2008 | 11/6/2008 | 11/6/2008 | 11/6/2008 | 11/6/2008 | 11/6/2008 | 11/6/2008 | 11/6/2008 | 11/6/2008 |
| .2E+6 | <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | <330 | <330 |
| .0E+7 | <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | <330 | <330 |
| .1E+5 | <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | <330 | <330 |
| NA | <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | 5200 | <330 |
| NA | <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | 990 | <330 |
| NA | <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | 850 | <330 |
| .4E+5 | <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | <330 | <330 |
| .9E+5 | <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | <330 | <330 |
| .6E+5 | <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | 1600 | <330 |
| .4E+8 | <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | <330 | <330 |
| NA | <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | 10,000 | <330 |
| NA | <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | 1500 | <330 |
| NA | <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | <330 | <330 |
| .5E+5 | <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | <330 | <330 |
| .2E+5 | <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | <330 | <330 |
| NA | <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | <330 | <330 |
| NA | <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | 2500 | <330 |
| .4E+6 | <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | <330 | <330 |
| NA | <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | 510 | <330 |
| .9E+5 | <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | <330 | <330 |
| .5E+6 | <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | <330 | <330 |
| NA | <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | <330 | <330 |
| NA | <800 | <800 | <800 | <800 | <800 | <800 | <800 | NT | <800 | <800 |
| NA | <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | 10,000 | <330 |
| .2E+7 | <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | <330 | <330 |
| NA | <330 | <330 | <330 | <330 | <330 | <330 | <330 | NT | 8700 | <330 |
| NA | <500 | NT | NT | <500 | <500 | <500 | <500 | NT | <500 | <500 |
| NA | 5,000 | NT | NT | 6,400 | 4,800 | 7,300 | 4,800 | NT | 5,700 | 1,500 |
| NA | 94,000 | NT | NT | 120,000 | 130,000 | 150,000 | 130,000 | NT | 200,000 | 6,200 |
| NA | 410 | NT | NT | 420 | 350 | 320 | 400 | NT | 390 | 490 |
| NA | <200 | NT | NT | <200 | <200 | 360 | <200 | NT | 530 | <200 |
| NA | 12,000 | NT | NT | 12,000 | 1,400 | 12,000 | 11,000 | NT | 16,000 | 4,000 |
| NA | 6,100 | NT | NT | 5,500 | 4,800 | 4,800 | 5,500 | NT | 4,900 | 3,000 |
| NA | 15,000 | NT | NT | 15,000 | 15,000 | 36,000 | 11,000 | NT | 280,000 | 55,000 |
| NA | 13,000,000 | NT | NT | 13,000,000 | 12,000,000 | 11,000,000 | 12,000,000 | NT | 12,000,000 | 2,800,000 |
| NA | 22,000 | NT | NT | 37,000 | 59,000 | 160,000 | 37,000 | NT | 120,000 | 12,000 |
| NA | 51 | NT | NT | 180 | 100 | 270 | <50 | NT | <50 | <50 |
| NA | <250 | NT | NT | <250 | 250 | 290 | <250 | NT | 370 | 860 |
| NA | 8,900 | NT | NT | 9,300 | 9,700 | 8,600 | 8,000 | NT | 10,000 | 5,500 |
| NA | <200 | NT | NT | 410 | 370 | 400 | 360 | NT | 270 | 490 |
| NA | <500 | NT | NT | <500 | <500 | <500 | <500 | TN | <500 | <500 |
| NA | <500 | NT | NT | <500 | <500 | <500 | <500 | TN | <500 | <500 |
| NA | 22,000 | NT | NT | 22,000 | 21,000 | 18,000 | 22,000 | TN | 17,000 | 13,000 |
| NA | 54,000 | NT | NT | 90,000 | 86,000 | 190,000 | 75,000 | TN | 250,000 | 20,000 |

Rose & Westra, Inc.
Project No.: 0481.02644.0
Page 2 of 3





SITE KEY PLAN
SCALE = 1" = 200'

L E G E N D

○ = SOIL BORING LOCATIONS
     BY ERE IN 2008

◉ = SOIL BORING LOCATION BY R&W (NOV. 2008)
     (SAMPLE COLLECTED & ANALYZED)

◎ = SOIL BORING LOCATION BY R&W (NOV. 2008)
     (NO SAMPLE COLLECTED)

○ = CORE-DRILLED LOCATION IN FLOOR BY R&W (NOV. 2008)
     - NO SOIL BORING PERFORMED

SCALE: 1" = 60



BORING LOCATION PLAN

ROSE & WESTRA, INC.
ENVIRONMENTAL CONSULTANTS
Grand Rapids, Michigan

KIRSCH LOFTS, LLC
308 N. PROSPECT STREET, STURGIS, MICHIGAN
BASELINE ENVIRONMENTAL ASSESSMENT

PROJECT NO.
0481.02644.0

FIGURE NO. 1

NORTH ORIENTATION

CREATED BY: KJB    APPROVED BY: MAW    DATE: 5/7/09    FILE NAME: 026440_BEA_1_F

TABLE 1:  SUMMAF
308 No
Stt

Notes :
All units in ug/Kg (parts per billion).

| | |
|---|---|
| Underline | = Value exceeds the Residential Drinking Water Protection Criteria. |
| **Bold** | = Value exceeds the Groundwater Surface Water Interface Protection Criteria. |
| *Italics* | = Value exceeds the Direct Contact Criteria. |
| | |
| NT | = Not Tested |
| < XXX | = The concentration of the hazardous substance does not exceed its method detection limit (XXX). |
| ID | = Insufficient data to develop criterion. |
| NA | = Criterion or value is not available or not applicable. |
| NLL | = Hazardous substance is not likely to leach under most soil conditions. |
| NLV | = Hazardous substance is not likely to volatilize under most conditions. |
| | |
| (B) | = Background, as defined in R 299.5701(b), may be substituted if higher than the calculated cleanup criterion. |
| (C) | = Value presented is a screening level based on the chemical-specific generic soil saturation concentration (Csat) since the calculat |
| (D) | = Calculated criterion exceeds 100%, hence it is reduced to 100% or 1.0E+9 ppb. |
| (G) | = Groundwater surface water interface (GSI) criterion depends on the pH or water hardness, or both, of the receiving surface water. |
| (H) | = Valence-specific chromium data (Cr III and Cr VI) shall be compared to the corresponding valence-specific cleanup criteria.  If anal |
| (I) | = Hazardous substance may exhibit the characteristic of ignitability as defined in 40 C.F.R. §261.21 (revised as of July 1, 2001). |
| (M) | = Calculated criterion is below the analytical target detection limit, therefore, the criterion defaults to the target detection limit. |
| (Q) | = Criteria for carcinogenic polycyclic aromatic hydrocarbons were developed using relative potential potencies to benzo(a)pyrene. |
| (W) | = Concentrations of trihalomethanes in groundwater shall be added together to determine compliance with the drinking water protecti |
| (X) | = The groundwater surface water interface (GSI) criterion shown in the generic cleanup criteria tables is not protective for surface wa |
| (Y) | = Source size modifiers shall be used to determine soil inhalation criteria for ambient air when the source size is not 1/2 acre. |
| (Z) | = Mercury is typically measured as total mercury.  The generic cleanup criteria, however, are based on data for different species of m |
| (DD) | = Hazardous substance causes developmental effects. |

Please refer to the Administrative Rules for Part 201, Environmental Remediation of the Natural Resources and Environmental Protection Act, December 21, 2002 for a more c

SOIL ANALYTICAL DATA
ospect Street
Michigan

based criterion is greater than Csat.

ness of 150 mg CaCO3/L was used to calculate this criteria.
ata are provided for total chromium only, they shall be compared to the cleanup criteria for Cr VI.

ndards.
is used as a drinking water source.

te description of the above items.