# EXHIBIT J

STATE OF MICHIGAN
DEPARTMENT OF ENVIRONMENTAL QUALITY
LANSING



RICK SNYDER
GOVERNOR

DAN WYANT
DIRECTOR

May 8, 2013

Ms. Kristin Holloway Jones
Newell Rubbermaid
3 Glenlake Parkway
Atlanta, Georgia 30328

Dear Ms. Jones:

SUBJECT: Revised Plan for Soil Leach Testing in the Former Kirsch Plant No. 1 Source Area, dated April 29, 2013 - Sturgis Municipal Well Field Superfund Site

Staff of the Michigan Department of Environmental Quality (MDEQ) have reviewed the April 29, 2013, "Revised Plan for Soil Leach Testing in the Former Kirsch Plant No. 1 Source Area at Sturgis Municipal Well Field Superfund Site, Sturgis, Michigan" (The Plan) submitted by URS Corporation on behalf of Newell Rubbermaid.

Upon review, it appears that the issues previously identified by the MDEQ have been adequately addressed. Therefore, The Plan is considered approved and may proceed as proposed.

It is important for Newell Rubbermaid and URS Corporation to understand that although the MDEQ is the lead agency for the Sturgis Municipal Well Field Superfund site, the MDEQ cannot unilaterally change cleanup criteria previously established for the site. A change of this nature will require a change to the Record of Decision (ROD) and must be approved by the United States Environmental Protection Agency (U.S. EPA). Therefore, Newell Rubbermaid should be prepared to move forward with the remediation utilizing current soil cleanup criteria, should the U.S. EPA be unwilling to modify the ROD cleanup criteria.

If you have any questions, please do not hesitate to contact me at the number below.

Sincerely,

Carrie L. Geyer, P.E.
Budget Tracking and Site Management Unit
Superfund Section
Remediation and Redevelopment Division
517-335-6871

cc: Mr. David Meiri, URS Corporation
Mr. Robert Franks, MDEQ
Mr. Charles Graff, MDEQ

CONSTITUTION HALL • 525 WEST ALLEGAN STREET • P.O. BOX 30473 • LANSING, MICHIGAN 48909-7973
www.michigan.gov/deq • (800) 662-9278

DEQ000385