# EXHIBIT M



**Warner Norcross & Judd LLP**
ATTORNEYS AT LAW

Jan L. Barger, CPL, ESA
Senior Paralegal
616.752.2221
Fax 616.222.2221

jbarger@wnj.com

September 12, 2008

**VIA OVERNIGHT MAIL**

Mr. Peter Anastor
Michigan Economic Growth Authority
Michigan Economic Development Corporation
Brownfield Redevelopment
300 North Washington Square
Lansing, Michigan 48913

Re: **MBT Credit Application**
**Kirsch Lofts LLC**
**308 N. Prospect, 418 E. Main**
**Sturgis, Michigan**

Dear Peter:

    Enclosed for your review and consideration is an original and one copy of the Part I Brownfield Redevelopment MBT Credit Project Application for the Kirsch Lofts LLC project in Sturgis. The following documents are enclosed in support of this application:

1. Phase II environmental report;
2. Site maps;
3. Site photographs; and
4. Project proforma.

    If you have any questions or need additional information, please feel free to contact me.

Very truly yours,

Jan L. Barger

Enclosures
c   Mr. Scott Bosgraaf w/enc.
    Mr. John Hayes w/o enc.

1583188

WARNER NORCROSS & JUDD LLP
ATTORNEYS AT LAW
900 FIFTH THIRD CENTER • 111 LYON STREET, N.W.
GRAND RAPIDS, MICHIGAN 49503-2487 • WWW.WNJ.COM

KIRSCHLOFTS000810

# Michigan Economic Growth Authority (MEGA)
## Michigan Economic Development Corporation
## Brownfield Redevelopment MBT Credit Application – PART I

**This application is in two parts:**
- To begin the application process, Part I should be submitted to MSHDA and MEDC staff for review. This review will determine if state-level brownfield incentives will be supported for the project. Those projects that are authorized to proceed to full application will receive a Brownfield Application Invitation Letter and Part II of the Application.
- If a Brownfield Application Invitation Letter is issued for the project, the applicant should proceed with the requirements for an administratively complete application.
- **IMPORTANT:** To be eligible for the credit any work or investment must begin after the approval date of the brownfield plan but in any event **NOT** earlier than 90 days prior to the date of the preapproval letter from the MEGA or MEGA Chairperson.

## REQUIREMENTS FOR PROJECT REVIEW & CONSIDERATION – APPLICATION PART I
- Part I of the Application
- Demonstration of Property Eligibility as follows:
  - ❑ Contaminated Facility: Phase I, II and BEA for the subject property. Phase II BEA will be required with Part II of the Application.
  - ❑ Functionally Obsolete: Must be located in a Qualified Local Governmental Unit, or if applying for a credit of $200,000 or less, may be located within the boundaries of a Downtown Development Authority. A statement from a Level III or IV assessor attesting to the functionally obsolete status per 125.2652(r) must be attached. The affidavit should include information that supports the functionally obsolete determination. Highest and best use is not a deciding factor when determining functional obsolescence.
  - ❑ Blighted: Must be located in a Qualified Local Governmental Unit, or if applying for a credit of $200,000 or less, may be located within the boundaries of a Downtown Development Authority. A statement explaining how the property meets the standard for blighted property per 125.2652(e) must be attached.
- Pictures of the Site and detailed maps of the project showing parcel boundaries, project boundaries, existing and proposed building locations, and brownfield boundaries.
- If qualifying on the basis of location within a Downtown Development Authority (DDA), a map showing the boundaries of the DDA.

## REQUIREMENTS FOR INVITED PROJECTS – APPLICATION PART I & PART II
Applications **MUST** be administratively complete before they will be considered for approval. An original and **one** copy of the following items must be included:
- Part I and Part II of the Application, fully completed, with the seal of the municipal clerk affixed.
- Proof of Ownership (Recorded Deed), Lease (Executed by all parties), or Purchase or Lease Agreement (Executed by all parties).
- Approved Brownfield Plan designating the eligible property.
- Resolution approving the Brownfield Plan.
- Map identifying any other eligible property named in a Brownfield Plan in the city, village, or township.
- Itemized Lists of Eligible Investments, by Category.
- 3 years audited financial statements for each qualified taxpayer listed. If a qualified taxpayer cannot provide three years of financial statements, the following items must be attached:
  - ❑ An explanation of why financial statements are not available.
  - ❑ Alternate information describing the financial means and capacity of each qualified taxpayer or of affiliated entities that will assume financial responsibility for the items detailed in the Eligible Investment section.
- A schedule identifying the sources and uses of funds necessary to complete the project, including return on investment (ROI).
- Projection of operating expenses and income for the project for a sufficient number of years to demonstrate the project's economic viability. Provide any other information needed to support a conclusion that the project is economically sound.
- The applicable non-refundable application fee.

## FEES - A non-refundable application fee is required with Part II of the application.
**For Credits based on Eligible Investment of $2 million or less "Mini" {MCL 208.1437(2)}** - A non-refundable application fee of $2,500 shall be submitted with the Application prior to consideration of an award by the MEGA chairperson. A check payable to the **Michigan Strategic Fund** must accompany this completed application if the application is to be considered administratively complete. No Administrative Fee is required for credits with Eligible Investment of $2 million or less.

**For Credits based on Eligible Investment over $2 million but $10 million or less "Small" {MCL 208.1437(3)}** - A non-refundable application fee of $5,000 shall be submitted with the Application prior to consideration of an award by the MEGA chairperson. A check payable to the **Michigan Strategic Fund** must accompany this completed application if the application is to be considered administratively complete. Prior to the issuance of a Certificate of Completion or a Component Certificate, an Administrative Fee of 1.4 percent of the amount of the pre-approval credit amount is due. The application fee will be applied to this fee, and will reduce the amount due. All remittances must be payable to the **Michigan Strategic Fund**.

**For Credits based on Eligible Investment greater than $10 million "Large" {MCL 208.1437(4)}** - A non-refundable application fee of $10,000 shall be submitted with the Application prior to consideration of an award by the MEGA. A check payable to the **Michigan Strategic Fund** must accompany this completed application if the application is to be considered administratively complete. An Administrative Fee of 7/10 of 1 percent (0.007) of the amount of the pre-approval credit amount, up to $100,000, also applies. One half of the Administrative fee must be paid prior to the issuance of the pre-approval letter. The balance is due one year after the date of the pre-approval letter. Remittances must be payable to the **Michigan Strategic Fund**.

## APPLICATION SUBMISSION
Submit the Part I Application and required exhibits and attachments to: Michigan Economic Growth Authority
Michigan Economic Development Corporation
Brownfield Redevelopment
300 North Washington Square
Lansing, MI 48913

MBT Part I.doc

KIRSCHLOFTS000811
Revised 4/23/2008

# Michigan Economic Growth Authority (MEGA)
## Michigan Economic Development Corporation
### Brownfield Redevelopment MBT Credit Application – PART I

| Project Name/Working Title | Eligible Property Address, City, Village, or Township, County |
|---|---|
| **Kirsch Lofts** | 308 N. Prospect Street and 418 E. Main Street |
| (this name should be used consistently in all project correspondence, including TIF related requests) | City of Sturgis, St. Joseph County |

**QUALIFIED TAXPAYER INFORMATION**

### Qualified Taxpayer #1

| 1. Qualified Taxpayer Legal Name (business entity to receive tax credit) | 2. Employer Tax Identification Number (EIN) |
|---|---|
| Kirsch Lofts LLC | 26-2865985 |

| DBA/Trade Name (where applicable) | 3. Organization Type (check one) |
|---|---|
| | ☐ Individual |
| **Address (Street/P.O. Box/City, State and Zip Code)** | ☒ Limited Liability Company or Corporation |
| c/o Auto Sports Unlimited | ☐ Professional Corporation |
| 200 N. Franklin | ☐ S Corporation |
| Suite 100 | ☐ Other Corporation |
| Zeeland, Michigan 49464 | ☐ Partnership/LLC Partnership |
| | ☐ Fiduciary |

4. Do you own or lease the eligible property? If "Yes", check the selection that applies. If you do not own or lease the property, you are not a qualified taxpayer and are not eligible for this credit. Documentation verifying ownership or lessee status must be attached when filing Part II.

☐ Own   ☐ Lease   ☒ Executed Agreement to Purchase or Lease

5. Has the Michigan Department of Environmental Quality ever sued or issued a unilateral order to you pursuant to Article 201 of the Natural Resources and Environmental Protection Act, 1994 PA 451, MCL 324.201.01 to 324.201.42 to compel response activity on or to the eligible property, or expended any state funds for response activity on or to the eligible property and demanded reimbursement for those expenditures from you?

☒ No   ☐ Yes   If "Yes", you are not a qualified taxpayer and are not eligible for this credit.

### Qualified Taxpayer #2

| 1. Qualified Taxpayer Legal Name (business entity to receive tax credit) | 2. Employer Tax Identification Number (EIN) |
|---|---|
| | |

| DBA/Trade Name (where applicable) | 3. Organization Type (check one) |
|---|---|
| | ☐ Individual |
| **Address (Street/P.O. Box/City, State and Zip Code)** | ☐ Limited Liability Company or Corporation |
| | ☐ Professional Corporation |
| | ☐ S Corporation |
| | ☐ Other Corporation |
| | ☐ Partnership/LLC Partnership |
| | ☐ Fiduciary |

4. Do you own or lease the eligible property? If "Yes", check the selection that applies. If you do not own or lease the property, you are not a qualified taxpayer and are not eligible for this credit. Documentation verifying ownership or lessee status must be attached when filing Part II.

☐ Own   ☐ Lease   ☐ Executed Agreement to Purchase or Lease

5. Has the Michigan Department of Environmental Quality ever sued or issued a unilateral order to you pursuant to Article 201 of the Natural Resources and Environmental Protection Act, 1994 PA 451, MCL 324.201.01 to 324.201.42 to compel response activity on or to the eligible property, or expended any state funds for response activity on or to the eligible property and demanded reimbursement for those expenditures from you?

☐ No   ☐ Yes   If "Yes", you are not a qualified taxpayer and are not eligible for this credit.

### Qualified Taxpayer #3

| 1. Qualified Taxpayer Legal Name (business entity to receive tax credit) | 2. Employer Tax Identification Number (EIN) |
|---|---|
| | |

| DBA/Trade Name (where applicable) | 3. Organization Type (check one) |
|---|---|
| | ☐ Individual |
| **Address (Street/P.O. Box/City, State and Zip Code)** | ☐ Limited Liability Company or Corporation |
| | ☐ Professional Corporation |
| | ☐ S Corporation |
| | ☐ Other Corporation |
| | ☐ Partnership/LLC Partnership |
| | ☐ Fiduciary |

4. Do you own or lease the eligible property? If "Yes", check the selection that applies. If you do not own or lease the property, you are not a qualified taxpayer and are not eligible for this credit. Documentation verifying ownership or lessee status must be attached when filing Part II.

☐ Own   ☐ Lease   ☐ Executed Agreement to Purchase or Lease

5. Has the Michigan Department of Environmental Quality ever sued or issued a unilateral order to you pursuant to Article 201 of the Natural Resources and Environmental Protection Act, 1994 PA 451, MCL 324.201.01 to 324.201.42 to compel response activity on or to the eligible property, or expended any state funds for response activity on or to the eligible property and demanded reimbursement for those expenditures from you?

☐ No   ☐ Yes   If "Yes", you are not a qualified taxpayer and are not eligible for this credit.

# Michigan Economic Growth Authority (MEGA)
## Michigan Economic Development Corporation
### Brownfield Redevelopment MBT Credit Application – PART I

| GENERAL PROJECT INFORMATION & DESCRIPTION |
|---|---|---|---|
| **Project Contacts** - The Qualified Taxpayer authorizes MEGA staff to discuss the specifics of this project with these contacts. Contacts must include one company contact and one local brownfield redevelopment authority contact. |
| Name & Title | Address | Telephone & Fax | E Mail Address |
| Scott Bosgraaf, Member | 200 N. Franklin, Suite 100<br>Zeeland, Michigan | 616-748-5701<br>616-748-5702 | ScottB@asumi.org |
| John V. Byl, Attorney | Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street NW<br>Grand Rapids, MI 49503 | 616-752-2149<br>616-222-2149 | JByl@wnj.com |
| John Hayes, Director | City of Sturgis<br>Economic Development<br>130 N. Nottawa<br>Sturgis, MI 49091 | 269-659-7233<br>269-659-7295 | JHaynes@ci.sturgis.mi.us |
| | | | |

**Applicant Information** - Describe the type of business, principal product or service, and give a brief history of the applicant(s) and parent corporate holding company, if any.

The applicant is a newly formed entity created for this project. Its members are experienced builders who have completed several similar successful projects in Michigan.

**Provide a descriptive summary of the project, including the following information:**
- For a manufacturing project, a description of the product or service to be provided
- For retail, commercial, residential or mixed use projects, a description of the purpose or use and size of the development. If mixed use, include the percentage of the mixed uses.
- The location of the proposed project (city, village, or township AND county)
- Whether the operation or development will be new, renovated, or an expansion of an existing operation or development
- The total number of permanent full-time jobs to be added as a result of the project (excluding construction and other indirect jobs)
- The average hourly wage of the new permanent full-time jobs at the project
- The total capital investment anticipated
- The total eligible investment anticipated

The project will completely renovate and restore the vacant, functionally obsolete three story building located at 308 N. Prospect and 418 E. Main, City of Sturgis, St. Joseph County, Michigan into mixed use residential and retail/commercial. The project will include the internal demolition of the building, including lead and asbestos removal, and phased renovation. The first phase is anticipated to be approximately 30,000 square feet of residential space (24-32 condominium units). Associated parking will also be provided. The total eligible investment for the first phase is expected to be approximately $3.9 million.

The second phase of the project will be the build out of an additional 30,000 square feet of commercial space, possibly some additional residential space and associated parking. The eligible investment for the second phase is expected to be approximately $1.8 million.

The third phase will be the build out of the balance of the residential space (approximately 11-24 condominium units) and the associated parking. The eligible investment for the third phase is expected to be approximately $2.75 million.

In addition to the construction jobs, the project is expected to ultimately create approximately 80 to 100 new full time jobs at an average hourly rate of $18. The total capital investment is expected to be approximately $8.6 million. The total eligible investment is expected to be approximately $8.45 million.

# Michigan Economic Growth Authority (MEGA)
## Michigan Economic Development Corporation
## Brownfield Redevelopment MBT Credit Application – PART I

| PROPERTY ELIGIBILITY |
|---|
| **Contamination** – To the extent known, estimate the level and extent of contamination that will be alleviated by the Qualified Taxpayer's eligible activities. How much will due care and/or remediation costs associated with the project cost? Will a responsible party directly or indirectly benefit from this project? Will there be financial assistance for these activities? Are you also applying for a Brownfield TIF or other assistance? Include any information that is pertinent to environmental activities. |
| Both the soil and groundwater beneath the property are contaminated with trichloroethene and/or tetrachloroethane in excess of generic residential Part 201 criteria as a result of a nearby Superfund site known as the Sturgis Municipal Wells. Therefore, BEA and dure care activities will be required to identify the existing contamination and to prevent exposure to utility works, residents and users of the property. At this time, BEA and due care activities are estimated to be approximately $10,000. Brownfield TIF is being requested to reimburse these costs. No responsible party will directly or indirectly benefit from the project. |

| Reuse or Redevelopment of Functionally Obsolete or Blighted Property | | |
|---|---|---|
| Will the project result in the reuse of vacant buildings or redevelopment of functionally obsolete or blighted property? | ☐ No   ☒ Yes, explain: | 1. What makes the property blighted or functionally obsolete<br>2. How and to what extent the project will alleviate these conditions. |
| The project will reuse buildings constructed in the 1920's that are no longer suitable for their originally intended use. The buildings will be completely renovated so as to be suitable for their new intended use. | | |

| PROJECT DETAILS | | | | | |
|---|---|---|---|---|---|
| Date the Eligible Activity on the Eligible Property Began or the Estimated Date it Will Begin Pursuant to the Brownfield Plan | | Estimated Date Planned Eligible Investment Will Begin on Project | | Estimated Date of Completion of the Project (as described in the Project Description) | |
| 10/08 | | 1/09 | | 12/15 | |
| Manufacturing | Jobs Created | | Jobs Retained | Average Hourly Wage | |
| Commercial/Retail | Jobs Created   80-100 | | Square Footage   30,000 | Average Hourly Wage | $18/hour |
| Housing | Type of Units   Condos | | Number of Units   35-56 | Rental or Purchase Price | $775/mo to rent or $125,000 to purchase |
| Other (explain) | | | | | |

| Document the basis of your employment estimates, and explain the temporary or permanent nature of jobs created. |
|---|
| Employee estimates are based on similar projects constructed by the developer. The jobs are expected to be permanent, full time positions. |

| Will any of these jobs be relocated from another location? | ☒ No | ☐ Yes – Enter the address of the other location(s) affected |
|---|---|---|
| | | |

| Will an unknown lessee create any of these jobs? | ☐ No | ☒ Yes |
|---|---|---|
| Is the eligible property located in an area of high unemployment? | ☐ No | ☒ Yes - Describe the extent of unemployment |
| Nearly all of Michigan is currently an area of high unemployment and the Sturgis area is no exception. As of July 2008 Michigan's jobless rate was 9.1%. The jobless rate for the County of St. Joseph was 11.8%. | | |

| Other Development Plans - If the project is part of a larger development (e.g., the investment has already begun or will be completed in stages), provide a description of the larger development. Include the following information in your description of the larger development:<br>- The stage in which the eligible investment identified in this application will occur<br>- Whether future development will depend on or benefit from the eligible investment identified in this application. If future development is dependent, describe how and to what extent. |
|---|
| |

# Michigan Economic Growth Authority (MEGA)
## Michigan Economic Development Corporation
## Brownfield Redevelopment MBT Credit Application – PART I

| | | |
|---|---|---|
| **Approved Brownfield Plan** – Is the project area part of an approved brownfield plan? | ☐ Yes    ☒ | **No** – Local Governmental Municipality **MUST** approve the Brownfield Plan before submission of Part II<br><br>If No, what date is the plan expected to be approved? Sept. 24, 2008 |
| **Designated Zone** – Is the property located in an enterprise zone, renaissance zone, NEZ, federally designated empowerment zone, rural enterprise or enterprise community? | ☐ No | ☒ Yes - Which type of zone? |
| The project is expected to be in a NEZ. | | |
| **Other Michigan Property** - Are you moving or will you be moving from another location in this state within the next 5 years as a result of the eligible investment? | ☒ No | ☐ Yes – Enter the address of the property from which you are moving |
| | | |
| If moving from another Michigan property, has a new owner or occupant of that property been identified? ☐ | No – Why will your former location not become blighted or functionally obsolete? Do you have clean-up responsibility? ☐ | Yes – Identify the new owner or occupant ☐ |
| | | |
| Was another site also considered for the project? | ☒ No – Why was this site selected? | ☐ Yes – Describe the alternate site(s) and the incentives for those alternatives. |
| The project was selected for its availability in an area needing rehabilitation, additional residential and commercial/retail space. | | |
| **Public Benefit** - Describe the overall benefit to the public that will result from completion of this project. | | |
| The project will preserve and reuse an existing vacant, functionally obsolete building near downtown Sturgis, will provide residential units and commercial/retail space and will reuse a contaminated site. It will create new jobs and will provide an increase to the City's tax base. | | |
| **Other Factors** – The applicant may provide any other information that should be considered in evaluating this project. | | |

# Michigan Economic Growth Authority (MEGA)
## Michigan Economic Development Corporation
### Brownfield Redevelopment MBT Credit Application – PART I

| ELIGIBLE INVESTMENT | | | |
|---|---|---|---|
| Will the project include an unknown lessee who will be making eligible investments? | ☐ Yes - If yes, please indicate the investment in the table below | ☒ No | |
| **MULTI-PHASE PROJECTS** | | | |
| Is this a multi-phase project as defined in MCL 208.1437(10)? | ☒ Yes | ☐ No | |

**Investment Details and MBT Credit Request** - *Note that Eligible investment does not include certain soft costs as determined by the MEGA under MCL 208.1437 (32)(D). Only investment made by qualified taxpayers or lessees is eligible for a credit. To the extent any investment is reimbursed or subsidized by another party, it will not qualify for a credit. If investment by a lessee is included in the project, the project will not be complete until that investment is finished. If the lessee's investment is not included in the project, the lessee will not be eligible for credit on any investment that they make.*

*To enter information in Excel, double click the table below:*

| Phase I Eligible Investments | | |
|---|---|---|
| A. Demolition of Buildings | | |
| B. Site Improvements | | |
| C. New Construction | | |
| D. Restoration, Alteration, Renovation & Improvement of Buildings | Kirsch Lofts LLC | $3,900,000 |
| E. Addition of Machinery, Equipment & Fixtures (include only the cost of new M&E and/or M&E purchased from a used equipment broker) | | |
|     Purchased Machinery & Equipment & Fixtures | | |
|     Leased Machinery & Equipment & Fixtures | | |
| **Phase I Eligible Investment Subtotal** | | **$3,900,000** |
| Phase II (for multi-phase projects only) | | |
| A. Demolition of Buildings | | |
| B. Site Improvements | | |
| C. New Construction | | |
| D. Restoration, Alteration, Renovation & Improvement of Buildings | Kirsch Lofts LLC | $1,800,000 |
| E. Addition of Machinery, Equipment & Fixtures (include only the cost of new M&E and/or M&E purchased from a used equipment broker) | | |
|     Purchased Machinery & Equipment & Fixtures | | |
|     Leased Machinery & Equipment & Fixtures | | |
| **Phase II Eligible Investment Subtotal** | | **$1,800,000** |
| Phase III (for multi-phase projects only) | | |
| A. Demolition of Buildings | | |
| B. Site Improvements | | |
| C. New Construction | | |
| D. Restoration, Alteration, Renovation & Improvement of Buildings | Kirsch Lofts LLC | $2,750,000 |
| E. Addition of Machinery, Equipment & Fixtures (include only the cost of new M&E and/or M&E purchased from a used equipment broker) | | |
|     Purchased Machinery & Equipment & Fixtures | | |
|     Leased Machinery & Equipment & Fixtures | | |
| **Phase III Eligible Investment Subtotal** | | **$2,750,000** |
| **TOTAL ELIGIBLE INVESTMENTS** | | **$8,450,000** |
| **MBT CREDIT REQUEST** | Cannot exceed 12.5% of Total Eligible Investment, or 20% for MEGA designated Urban Development Area Project (see Pg6) | **$1,690,000** |

| Other Private Sector Contributions - Other than the investment identified in the Eligible Investment section, will there be any other private sector contribution to the project? | ☒ No | ☐ Yes – Please describe below |
|---|---|---|

**Government Assistance or Special Designation** - List the type and dollar amount of any local, state or federal incentives associated with this project, including grants, loans, tax abatements and tax increment financing.

A request is being submitted for a Neighborhood Enterprise Zone designation. Additionally, brownfield TIF is being requested to assist with the extensive ($1.5 million) demolition and lead and asbestos abatement costs as well as BEA and due care costs.

# Michigan Economic Growth Authority (MEGA)
## Michigan Economic Development Corporation
## Brownfield Redevelopment MBT Credit Application – PART I

| Project Financing – Explain the sources and uses of the financing that will be used to support the project. Attach additional pages, if needed. |
|---|
| The project will be financed with a combination of private funds and conventional bank financing. |

| If the credits requested are greater than the applicant's Michigan Business Tax liability, explain how the credits will be used. |
|---|
| It is anticipated that the applicant may use some of the MBT credit to offset their own MBT liability. Any excess credits will likely be assigned to a third party or refunded as provided in the statute. |

| Does the project site have brownfield related activities or costs that you would not encounter on a greenfield site? | ☐ No – Why are incentives needed? | ☒ Yes – Describe the brownfield related activities and provide itemized estimates of the cost to address each of those items. These costs and any other issues you choose to discuss below will be considered when reviewing your incentives request. |
|---|---|---|

The site is located near a Superfund site known as the Sturgis Municipal Wells. As a result, the groundwater beneath the property is contaminated with trichloroethene and/or tetrachloroethane. As a result, the developer will be required to perform BEA activities prior to purchase of the property as well as due care compliance activities to ensure that residendents and users of the site will not come into contact with the contamination.

**MEGA DESIGNATED URBAN DEVELOPMENT AREA PROJECT** – For MEGA to consider an Urban Development Area Project it must be located in the downtown, traditional central business district, or traditional commercial corridor of a Qualified Local Government Unit or county seat.

| Would you like to be considered as a MEGA Designated Urban Development Area Project? | ☒ Yes - If yes, please indicate your reasoning below | ☐ No |
|---|---|---|

*Please indicate how the project contributes to all the following urban development objectives under MCL 208.1437(24):*
- Increases the density of the area by promoting multistory development
- Promotes mixed-use development and walkable communities
- Addresses areawide redevelopment and includes multiple parcels of property
- Addresses sustainable redevelopment (green redevelopment)
- Addresses underserved markets of commerce

As indicated above, this project will redevelop two parcels of property and an existing vacant, multistory building into mixed use residential and retail/commercial thus increasing the density of this walkable downtown area. It will bring both retail and residential options to the downtown area along with additional parking. Significant interior demolition activities will be required including the elimination of existing lead and asbestos. Reuse of the existing building will prevent the demolition and disposal of existing building materials and consumption of various new materials required for construction of a new building. It is hoped that the project will also spur additional development and services to support the presence of downtown residents.

The project has received support from the local community through approval of brownfield TIF and granting of a neighborhood enterprize zone status. This developer has successfully completed other similar redevelopment projects and is also in the process of acquiring a second redevelopment property within the city of Sturgis. It is estimated that this project will generate approximately 80-100 retail jobs with an average hourly wage of $18.

Additionally, a number of sustainability items will be implemented including integrated pest management, erosion control and landscape management plan, stormwater management, heat island reduction, ligh pollution reduction, minimum indoor plumbing fixture and fitting efficiency, water performance measurement, water efficient landscaping, optimization of energy efficiency performance (Energy Star 85), green cleaning policy, outdoor air introduction and exhaust systems, environmental tobacco smoke control, increased ventilation, reduced particles in air distribution, occupant controlled lighting, thermal comfort monitoring and similar green/sustainable items.

## Live Search Maps

**308 N Prospect St, Sturgis, MI 49091-1581**

Kirsch Lofts, LLC Project

NEW! Try Live Search 411
Dial 1-800-CALL-411 for latest info





KIRSCHLOFTS000818



FIGURE 2. PLAT MAP
308 N. PROSPECT STREET
STURGIS, MICHIGAN

FIRST NATIONAL ACCEPTANCE COMPANY
STURGIS, MICHIGAN



FIGURE 3. BUILDING LAYOUT
308 N. PROSPECT STREET
STURGIS, MICHIGAN







KIRSCHLOFTS000821







KIRSCHLOFTS000822

## Kirsch Lofts LLC
## PROJECT COSTS

| | | Phase 1 residential | | Phase 2 mixed use | | Phase 3 residential |
|---|---|---|---|---|---|---|
| | | 24-32 units | | 3-13 units | | 11-24 units |
| | | sell/rent | 19,160 | rentable | 24,000 | sell/rent 19640 |
| | | SF | 24,780 | SF | 30,720 | SF 19,640 |
| | | Total | $/SF | Total | $/SF | Total |
| **Hard Costs:** | | | | | | |
| General conditions, fees, environ. | | 150,000 | 6.05 | 50,000 | 1.63 | 125,000 |
| **Building /land** | | 30,000 | 1.21 | 10,000 | 0.33 | 10,000 |
| **Demolition** | 1,500,000 | 700,000 | 28.25 | 400,000 | 13.02 | 400,000 |
| bldg refinish (window, roofs, insulation etc) | | 756,900 | 30.54 | 410,000 | 13.35 | 590,600 |
| Appliances/plumbing/elect/cabinets/tops | | 657,800 | 26.55 | 321,000 | 10.45 | 634,500 |
| Painting, flooring, ceilings | | 673,000 | 27.16 | 411,000 | 13.38 | 603,400 |
| asphalt paving/infrastructure/curb/drainage | | 381,700 | 15.40 | 153,800 | 5.01 | 130,500 |
| Audio, visual, access, security, fire detection | | 141,000 | 5.69 | 74,200 | 2.42 | 137,000 |
| Landscaping / Ext. Lights / Signage: | | 198,700 | 8.02 | 41,300 | 1.34 | 60,100 |
| Hard Costs Subtotal: | | 3,689,100 | $ 148.87 | $ 1,871,300 | $ 60.91 | 2,691,100 |
| **Soft Costs:** | | | | | | |
| interest | | 485,000 | | 242,000 | | 415,600 |
| Architect / Concept Fees: | | 121,000 | 4.88 | 22,000 | 0.72 | 22,000 |
| Survey, staking, engineering | | 10,500 | 0.42 | 1,500 | 0.05 | 1,500 |
| legal ,brownfield, TIF, NEZ | | 35,000 | 1.41 | 15,000 | 0.49 | 30,000 |
| Building insurance | | 34,500 | 1.39 | 11,000 | 0.36 | 24,600 |
| Soft Costs Subtotal: | $ - | 686,000 | 27.68 | $ 291,500 | 9.49 | 493,700 |
| Total Hard and Soft Costs: | | 4,375,100 | $ 176.56 | $ 2,162,800 | $ 70.40 | 3,184,800 |

KIRSCHLOFTS000823

| | total net | | |
|---|---|---|---|
| total project sales | | | |
| total cost | 9,722,700 | | |
| brownfield TIF | -1,823,250 | | |
| MBT credit (discount for actual dollar value) | -1,436,500 | | |
| NEZ (computed into operating cost decrease/sales) | 0 | | |
| total cost after available credits | 6,462,950 | | |
| | | | |
| Sales proforma | | | |
| phase 1 sales | 2,572,929 | | |
| phase 2 sales | 2,040,000 | | |
| phase 3 sales | 2,637,387 | | |
| advertisement and commissions | -277,440 | | |
| total revenue | 6,972,876 | | |
| | | | |
| return on investment sales approach | 7.89% | | |
| | | | |
| total project rental | | | |
| total cost | 9,722,700 | | |
| brownfield plan credit | -1,823,250 | | |
| MBT credit (discount for actual dollar value) | -1,436,500 | | |
| NEZ (computed into operating cost decrease/sales) | 0 | | |
| total cost after available credits | 6,462,950 | | |
| | | | |
| Rentals | | | |
| annual rental phase 1 | 168,130 | customer responsible for utilities and CAM cost, property ta taxes | |
| Rental of office space @ 8.00 sq foot | 192,000 | customer responsible for all triple net expenses | |
| annual rental phase 3 | 172,341 | customer responsible for utilities and CAM cost, property ta taxes | |
| vacancy 15% | -79,870 | | |
| rental fees/ commissions 6% | -31,948 | | |
| repairs and maintenance | -7,500 | | |
| Annual revenue | 413,153 | | |
| annual return % on investment after credits | 6.39% | | |

KIRSCHLOFTS000824